# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153356(61)
153370-3

*In re* Estate of OLIVE RASMER.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellee,

v

RICHARD RASMER, Personal Representative
of the Estate of OLIVE RASMER,
   Defendant-Appellant.

_____/

SC: 153356
COA: 326642
Bay Probate Court:
 14-049740-CZ

*In re* Estate of IRENE GORNEY.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

ESTATE OF IRENE GORNEY,
   Defendant-Appellee.

_____/

SC: 153370
COA: 323090
Huron Probate Court:
 13-039597-CZ

*In re* Estate of WILLIAM B. FRENCH.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

DANIEL GENE FRENCH, Personal
Representative for the Estate of WILLIAM
B. FRENCH,
   Defendant-Appellee.

_____/

SC: 153371
COA: 323185
Calhoun Probate Court:
 2013-000992-CZ

*In re* Estate of WILMA KETCHUM.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Plaintiff-Appellant,

v

ESTATE OF WILMA KETCHUM
        Defendant-Appellee.

_____/

SC: 153372
COA: 323304
Clinton Probate Court:
    14-028416-CZ

*In re* Estate of OLIVE RASMER.

_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
        Plaintiff-Appellant,

v

RICHARD RASMER, Personal Representative
of the Estate of OLIVE RASMER,
        Defendant-Appellee.

_____/

SC: 153373
COA: 326642
Bay Probate Court:
    14-049740-CZ

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their briefs on appeal is GRANTED. The briefs will be accepted as timely filed if submitted on or before September 30, 2016.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
August 12, 2016

_____
Clerk